### *Michael Faillace & Associates, P.C.*
60 East 42nd Street
Suite 4510
New York, NY 10165

Ph:(212) 317-1200          Fax:(212) 317-1620

Gerardo Zamora Lorenzo                                        December 17, 2018

|  |  |  |
|---|---|---|
| | File #: | MikesMaster |
| **Attention:** | Inv  #: | Sample |

**RE:**   Gerardo Zamora Lorenzo v. Mike's Mastercraft Collision Center, Inc.,
EDNY Index No. 18-cv-1341

| DATE | DESCRIPTION | HOURS | AMOUNT | LAWYER |
|---|---|---|---|---|
| Feb-28-18 | contacted client about case | 0.10 | 45.00 | MF |
| Mar-02-18 | drafted and corrected complaint; sent to staff for filing | 1.80 | 810.00 | MF |
| Jun-27-18 | draft letter motion to adjourn initial conference | 0.20 | 80.00 | JA |
| Jul-31-18 | preapre for initial conference; complete draft questionaire; draft and serve initial disclosures and discovery requests | 2.10 | 840.00 | JA |
| Aug-01-18 | preapre for and attend initial conference; send list of proposed mediators to D attorney | 2.40 | 960.00 | JA |
| Aug-13-18 | review defendant initial disclosures, coordinate mediator selection | 0.50 | 200.00 | JA |
| Aug-14-18 | discussed status of case with staff | 0.10 | 45.00 | MF |
| Aug-20-18 | draft mediation statement | 0.50 | 200.00 | JA |
| Aug-27-18 | prepare for and pariticiapte in call with mediator and D attorney | 0.60 | 240.00 | JA |
| Sep-05-18 | edit mediation statement | 0.10 | 40.00 | JA |

Case 1:18-cv-01341-RML   Document 15-2   Filed 12/17/18   Page 2 of 2 PageID #: 82

| Date | Description | Hours | Amount | |
|---|---|---|---|---|
| Sep-07-18 | finalize and submit mediation statement | 0.40 | 160.00 | JA |
| Sep-17-18 | prepare for mediation | 0.30 | 120.00 | JA |
| | discussed case with JA | 0.40 | 180.00 | MF |
| Sep-18-18 | prepare for and attend settlement conference | 4.00 | 1,600.00 | JA |
| | advised JA on the settlement conference | 0.20 | 90.00 | MF |
| | discussed latest settlement negotiations with JA | 0.10 | 45.00 | MF |
| Oct-08-18 | review settlement agreement draft, draft confession of judgment | 0.50 | 200.00 | JA |
| Oct-15-18 | email D attorney re settlement, confession of judgment | 0.10 | 40.00 | JA |
| Oct-25-18 | draft fairness letter | 0.50 | 200.00 | JA |
| Oct-30-18 | revise fairness letter | 1.30 | 520.00 | JA |
| | Totals | 16.20 | $6,615.00 | |

**DISBURSEMENTS**

| Date | Description | Amount |
|---|---|---|
| | Filing Fee | 400.00 |
| Apr-24-18 | Process Server Mike's Mastercraft Collision Center, Inc | 64.00 |
| | Process Server Mike Peric | 50.00 |
| | Process Server Nedeljka Peric | 50.00 |
| Aug-20-18 | Mediation fee | 500.00 |
| | Totals | $1,064.00 |

| | |
|---|---|
| **Total Fee & Disbursements** | **$7,679.00** |
| **Balance Now Due** | **$7,679.00** |